**KOSTELANETZ & FINK, LLP**
7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007
—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

November 21, 2019

**BY ECF AND FEDEX**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Joseph Bailey
      19 Cr. 412 (WHP)

Dear Judge Pauley:

We represent the defendant, Joseph Bailey, in the above-captioned matter. We write to request permission for Mr. Bailey to travel to Florida to attend thanksgiving with his in-laws.

As the Court is aware, Mr. Bailey is currently on pre-trial release with travel restricted to the Southern and Eastern Districts of New York, and the District of New Jersey. We seek the Court's permission to allow Mr. Bailey to travel to and from the Ft. Lauderdale area to attend thanksgiving with his in-laws from Wednesday, November 27th, 2019, through Wednesday, December 4th, 2019.

We have been advised by Assistant United States Attorney Dina McLeod that the Government does not object to this request. We have also been advised by Pretrial Services Officer Regina Joyner that the Pretrial Services Office does not object to this request.

Respectfully,

Michael Sardar

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

November 25, 2019