## KOSTELANETZ & FINK, LLP
7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

January 17, 2020

**BY ECF AND FEDEX**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

January 21, 2020

Re: **United States v. Joseph Bailey
19 Cr. 412 (WHP)**

Dear Judge Pauley:

We represent the defendant, Joseph Bailey, in the above-captioned matter. We write to request permission for Mr. Bailey to travel to Florida with his wife to visit his in-laws.

As the Court is aware, Mr. Bailey is currently on pre-trial release with travel restricted to the Southern and Eastern Districts of New York, and the District of New Jersey. We seek the Court's permission to allow Mr. Bailey to travel to and from the Ft. Lauderdale area from Wednesday, February 12th through Wednesday, February 19th, 2020.

We have been advised by Assistant United States Attorney Dina McLeod that the Government does not object to this request. We have also been advised by Pretrial Services Officer Francesca Miller that the Pretrial Services Office does not object to this request.

Respectfully,

*[signature]*
Michael Sardar