## KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

April 7, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. Sentencing adjourned to June 16, 2020 at 2:00 p.m.
>
> SO ORDERED:
>
> /s/ William H. Pauley III
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> April 7, 2020

Re: **United States v. Joseph Bailey**
   **19 Cr. 412 (WHP)**

Dear Judge Pauley:

We represent the defendant, Joseph Bailey, in the above-captioned matter. We write to respectfully request an adjournment of the April 24, 2020 sentencing hearing currently scheduled for this matter. We are requesting this adjournment because we understand that the Court would be unable to hold an in-person hearing on April 24, 2020 in light of the impact of COVID-19 on the Court's operations.

We understand that the Court's calendar can currently accommodate a sentencing hearing for this matter on either June 16, 2020, or June 17, 2020 and ask that the sentencing hearing be adjourned to one of those dates.

Assistant United States Attorney Dina McLeod has advised us that the Government consents to this request.

Respectfully,

Michael Sardar