U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

August 6, 2020

**BY ECF**

The Honorable William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Joseph Bailey</u>, 19 Cr. 412 (WHP)

Dear Judge Pauley:

      The Government, with the consent of the defendant, respectfully writes to request a brief adjournment of the defendant's sentencing in the above-referenced matter, which is currently scheduled for August 27, 2020 at 11:00 a.m. The reason for this request is that undersigned counsel will be out on a previously scheduled vacation at that time. Defendant's counsel has indicated that Defendant consents to this request.

      We understand that the Court is available to accommodate the sentencing in the morning on September 14, 2020, and we respectfully request that the sentencing be adjourned to this date.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By:   /s/ Dominika Tarczynska
     Dominika Tarczynska
     Dina McLeod
     Assistant United States Attorney
     (212) 637-2748/1040

Application granted. Sentencing adjourned to September 14, 2020 at 11:00 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

August 7, 2020