# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR

NEW YORK, NEW YORK 10007

---

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
———
TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

September 1, 2020

**Via ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Joseph Bailey**
**19 cr. 412 (WHP)**

Application granted.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

September 2, 2020

Dear Judge Pauley:

    We represent the defendant, Joseph Bailey, in the above-captioned matter. We write to respectfully request an adjournment of the September 14, 2020 sentencing hearing currently scheduled for this matter. We are requesting this adjournment because we understand that the Court would be unable to hold an in-person hearing on September 14, 2020 in light of the impact of COVID-19 on the Court's operations.

    We understand that the Court's calendar can currently accommodate a sentencing hearing for this matter on the day of November 5, 2020 at 4:00 pm, and ask that the sentencing hearing be adjourned to this date.

    Assistant United States Attorney Dina McLeod has advised us that the Government consents to this request.

Respectfully,

*[signature]*

Michael Sardar

cc: AUSA Dina McLeod (by ECF)