# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR

NEW YORK, NEW YORK 10007

———

TEL: (212) 808-8100

FAX: (212) 808-8108

www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
———
TEL: (202) 875-8000
FAX: (202) 844-3500

November 2, 2020

Application granted.  Sentencing adjourned to January 28, 2021 at 11:00 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

November 2, 2020

**Via ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Joseph Bailey**
**19 cr. 412 (WHP)**

Dear Judge Pauley:

    We represent the defendant, Joseph Bailey, in the above-captioned matter. We write to respectfully request an adjournment of the November 5, 2020 sentencing hearing currently scheduled for this matter.

    We understand that the Court's calendar can currently accommodate a sentencing hearing for this matter on January 28, 2021 and ask that the sentencing hearing be adjourned to then.

    Assistant United States Attorney Dina McLeod has advised us that the Government consents to this request.

Respectfully,

_____
Michael Sardar

cc: AUSA Dina McLeod (by ECF)