# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

———

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
———
TEL: (202) 875-8000
FAX: (202) 844-3500

December 1, 2020

<u>Via ECF</u>

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted.  Sentencing is advanced to December 22, 2020 at 3:00 p.m.
>
> SO ORDERED:
>
> _/s/ William H. Pauley III_
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> December 1, 2020

**Re: United States v. Joseph Bailey**
**1:19-cr-00412 (WHP)**

Dear Judge Pauley:

    We represent the defendant, Joseph Bailey, in the above-captioned matter. We write to respectfully request that the Court move forward the January 28, 2021 sentencing hearing currently scheduled for this matter.

    We understand that the Court's calendar can currently accommodate a sentencing hearing for this matter on December 22, 2020, and we ask that the sentencing hearing be rescheduled for then.

    The defendant has adjourned his sentencing hearing several times. Mr. Bailey had hoped to avoid a virtual hearing, but, in light of the ongoing pandemic, it seems likely that even by January 28, 2021, the virus will still make an in-person hearing impossible. Mr. Bailey is anxious to finish this chapter of his life, and he is ready for the closure that the sentencing hearing will bring.

    Assistant United States Attorney Dina McLeod has advised us that the Government consents to this request.

Respectfully,

_/s/ Michael Sardar_
Michael Sardar

cc: AUSA Dina McLeod (by ECF)