UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>–v–<br><br>Joseph Bailey,<br><br>Defendant. | 19-cr-412 (WHP)<br><br>ORDER |

WILLIAM H PAULEY III, District Judge:

The sentencing scheduled for December 22, 2020 at 3:00 p.m. will be conducted via Skype for Business and the parties will separately receive links to access the video conference. A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 506745081.

Dated:  December 21, 2020
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.