# KOSTELANETZ & FINK, LLP

P.O. BOX 2633
NEW YORK, NEW YORK 10108-2633

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

NY OFFICE
7 WORLD TRADE CENTER, 34th FLOOR
NEW YORK, NY 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

January 27, 2021

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

January 28, 2021

**BY ECF AND FEDEX**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Joseph Bailey
        19 Cr. 412 (WHP)**

Dear Judge Pauley:

      We represent the defendant, Joseph Bailey, in the above-captioned matter. We write to request permission for Mr. Bailey to travel to Florida with his wife to visit her parents.

      As the Court is aware, Mr. Bailey was sentenced on December 22, 2020 to six months imprisonment to be followed by three years of supervised release. Mr. Bailey is scheduled to surrender to BOP custody on May 6, 2021 and is currently on pre-trial release with travel restricted to the Southern and Eastern Districts of New York, and the District of New Jersey. We seek the Court's permission to allow Mr. Bailey to travel to and from the Ft. Lauderdale area from approximately February 7th through March 3rd, 2021.

      We have been advised by Assistant United States Attorney Dina McLeod that the Government does not object to this request. We have also been advised by Pretrial Services Officer Francesca Miller that the Pretrial Services Office does not object to this request.

      Enclosed is a letter from Mr. Bailey's physician noting that Mr. Bailey has recently contracted and recovered from COVID and is thus unlikely to transmit the virus or be reinfected during the period of the requested travel.

Respectfully,

Michael Sardar