# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

July 8, 2021

7/14/21

Extension Granted

*[Judge's signature]*

**BY ECF AND FEDEX**

Presiding Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Joseph Bailey*
    **19 Cr. 412 (WHP)**

Dear Presiding Judge:

MEMO ENDORSED

We represent defendant Joseph Bailey, in the above-captioned matter. Mr. Bailey was sentenced by Judge William H. Pauley III on December 22, 2020. In light of Judge Pauley's recent death, we have been advised by the Clerk's office to submit this request to the Presiding Judge.

We write to request a two-week extension of time for Mr. Bailey to make the first payment required under the Order of Restitution, which was entered on January 14, 2021. We are advised by Assistant United States Attorney Dina McLeod that the Government does not object to this request.

Mr. Bailey was sentenced to six months of imprisonment to be followed by three years of supervised release. The Court also ordered Mr. Bailey to pay restitution in the amount of $1,661,617. The Order of Restitution required Mr. Bailey to make an initial payment of $830,808 within six months of the date of the order, or July 14, 2021, followed by payment of the remaining balance within twelve months of the date of the order. The Order of Restitution also provided that Mr. Bailey would receive credit for any amounts collected by the government from Mr. Bailey for the same conduct in connection with a civil settlement in *United States v. Stargate, et. al.*, 14 Civ 8991 (JPO).

The parties in *United States v. Stargate* have reached an agreement pursuant to which Mr. Bailey will pay $3.2 million upon the signing of the final settlement documents and which will fully satisfy Mr. Bailey's obligations under the Order of Restitution. The parties have not yet finalized the settlement documents but expect to do so within the next few weeks.

In order to allow the parties to finalize the civil settlement and Mr. Bailey to make payment pursuant to that civil settlement, we respectfully request that the July 14, 2021 due date for Mr. Bailey's initial payment under the Order of Restitution be extended to July 28, 2021.

Respectfully,

Michael Sardar