KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001

TEL. (202) 875-8000
FAX. (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

MEMO ENDORSED

October 15, 2021

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Joseph Bailey*
**19 Cr. 412 (CM)**

Dear Judge McMahon:

We represent the defendant, Joseph Bailey, in the above-captioned matter and write to request that the Court direct the Pre-Trial Services Office ("Pre-Trial Services") to release Mr. Bailey's passport to his family. We are advised by Assistant United States Attorney Dina McLeod that the Government has no objection to this request.

As the Court is aware, an order was entered by the Court setting the conditions of Mr. Bailey's pre-trial release, including the condition that he surrender his passport to Pre-Trial Services. Mr. Bailey complied with that condition. On December 22, 2020, Mr. Bailey was sentenced to six months incarceration and a period of three years supervised release. Mr. Bailey surrendered to the custody of the Bureau of Prisons ("BOP") on October 7, 2021 to serve his sentence.

Mr. Bailey's passport remains in the custody of Pre-Trial Services, which has advised that an order of the Court is required before it may release Mr. Bailey's passport. Otherwise, the passport will be sent to the U.S. State Department and Mr. Bailey would then be required to re-apply for a new passport document.

For the forgoing reasons, Mr. Bailey respectfully requests that the Court direct that Pre-Trial Services release Mr. Bailey's passport.

*[Handwritten endorsement:]* 10/19/21 The Government having no objection to the release of Mr. Bailey's passport, the Court directs that Pre-trial Services release his passport. [signed] Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/21

Respectfully submitted,

Michael Sardar

Cc: Dina McLeod, AUSA
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007
(By ECF)