# KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kostelanetz.com

ATLANTA, GA OFFICE
4279 ROSWELL ROAD, NE, SUITE 208, # 352
ATLANTA, GA 30342

TEL: (404) 301-4791
FAX: (678) 680-7901

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/24

August 6, 2024

MEMO ENDORSED
8/13/24

Defendant can travel as requested herein.

[signature: Colleen McMahon]

**VIA ECF**

Honorable Colleen MacMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Joseph Bailey*
      **19 Cr. 412 (CM)**

Dear Judge MacMahon:

      We represent the defendant, Joseph Bailey, in the above-referenced matter. We are writing to request the Court's permission for Mr. Bailey to travel to Italy between September 1, 2024 and September 12, 2024. Mr. Bailey has requested permission from his probation officer, Officer Kristen K. Maharaj, on June 26, July 1, and July 29 of 2024 but has not yet received a response. We are advised by Assistant United States Attorney Dina McLeod that the government has no objection to this request.

      Mr. Bailey pleaded guilty to one count of violating 18 USC 1349 (conspiracy to commit wire fraud) on January 15, 2020. Mr. Bailey was sentenced by the Court on December 22, 2020 to a term of imprisonment of six months, followed by a term of supervised release of three years. Mr. Bailey surrendered to the custody of the Bureau of Prisons ("BOP") on October 7, 2021 to serve his sentence. Mr. Bailey has since been released from BOP custody and is on supervised release. Mr. Bailey has complied with all of the terms of his supervised release. In addition, Mr. Bailey has fully satisfied the restitution and forfeiture obligations arising from this case. Finally, during the period of his pre-trial release Mr. Bailey complied with all terms imposed by pre-trial services.

      Mr. Bailey seeks permission to travel to Italy in a trip with his wife. Mr. Bailey will be accompanied on the entire trip by his wife.

We respectfully request that the Court allow the requested travel.

Respectfully,

Michael Sardar

cc: AUSA Dina McLeod (by ECF)
   Probation Officer Kristen K. Maharaj (Kristen_maharaj@nyep.uscourts.gov)